STATE of Missouri, Respondent,

v.

Oscar Guillermo PEREZ, Appellant.

No. WD 75204.

Missouri Court of Appeals, Western District.

April 1, 2014.

Samuel Buffaloe, Columbia, MO, for appellant.

Gabriel Harris, Jefferson City, MO, for respondent.

Before Division Three: ANTHONY R. GABBERT, P.J., VICTOR C. HOWARD, and THOMAS H. NEWTON, JJ.

### ORDER

PER CURIAM:

Mr. Oscar G. Perez appeals a conviction of first-degree assault, § 565.050, and requests a new trial.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).